# RETURN

☒ FILED  ☐ LODGED
**May 20 2025**
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

Case No.: 25-01993MB (BGM)

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 5-19-25 | 5-20-25 0900 | N/A |

**INVENTORY MADE IN THE PRESENCE OF**
W. Akins / J. Aguilar

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

30 grams of Methamphetamine

Packaging Material

## NOT EXECUTED

☐ This Warrant was Not Executed.
*(check this box if the warrant was never executed and leave the sections above blank.)*

## CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned to the designated judge.

Date: 5-20-25

_____
Executing Officer's Signature

William P. Akins, Postal Inspector
Printed Name and Title